UNITED STATES DISTRICT COURT
_____ DIVISION

| | | |
|---|---|---|
| DAVID RICHARD WALKER, JR. -- on behalf of himself and the class of all similarly situted,<br>　　　　Plaintiff[s],<br><br>Vs<br><br>BOSTON SCIENTIFIC CORPORATION, -to include any/all Director/s/, Officer/s/,Representative/s/,and- Personnel/Employee/s/,<br>　　　　Defendant[s]. | §<br>§ CASE No._____<br>§<br>§<br>§<br>§ **COMPLAINT**<br>§<br>§ [JURY TRIAL DEMANDED]<br>§ | |

The Plaintiff, David Richard Walker, Jr. -in the Capacity of Pro Se brings Complaint the Boston Scientific Corporation- Hereinafter Boston Scienctific has violated S.C. Code Ann. - § 15-73-10 Liabilty of Seller of Defective Product[s], And- was extremely Negigience in their design, research, manufacture, marketing, testing, advertisement, promoting, etc. And-failed in its' duty owed to the plaintiff[s] and Public to exercise reasonable care and take all necessary steps necessary to -- manufacture and sell a product/device that was not defective and unreasonably dangerous to the consumer[s], and duty to warn health care provider[s] and the user[s] of the associated risk of implantation of the "Greenfield IVC Filter" device[s].

PARTIES

David R. Walker, Jr. is individual the has had the "Greenfield- IVC Filter" inserted in to this body within a surgurical proced- ure, in 2007 at an South Carolina Hospital in Walterboro,-- South Carolina/Columbia Medical Center via diagnosed with -

recurring Deep Vein Thrombosis ["DVT"]s and Plumonary Embolism ["PE"]s.

Similarly Situted Persons/Consumers is person[s] that has had a "Greenfield IVC Filter" inserted in their body[s] via Surgurical Procedure[s] to address DVTs or/and PEs Occuring in their body[s].

Boston Scientific Corporation is a Worldwide Manufacturer of implantable medical-devices-and a Massachusetts-based manufacturer and marketer of the "Greenfield IVC Filter[s]", it is a Corporation organized and existing under the Laws of Delaware with its principle place of business at Boston Scientific Corporation Headquarters of One Boston Scientific Place Natick,- Massachusetts 01760-1537.

## JURISDICTION & VENUE

This Court has Original Subject Matter Jurisdiction over this Case Pursuant to 28 U.S.C.A. § 1332(a), in that there exists complete diversity of citizenship between plaintiff and, defendant[s] in this action, and the amount in controversy vastly exceeds the sum of $75,000.00-Dollars, exclusive of intrest and cost.

Venue is proper in the District of South Carolina - pursuant to 28 U.S.C.A. § 1391(a, because defendant[s] continuously and systematically does business within the District of South Carolina-is subject to personal jurisdication in the - District of South Carolina, and is deemed a resident of this District Court pursuant to 28 U.S.C.A § 1391(c,.

Futher, Venue is proper in the District of South Carolina because this Court possesses Jurisdiction over the Subject Matter of this Controversy.

## CLAIM

1. BOSTON SCIENCTIFIC CORPORATION Designed, manufactures, and sells a Medical-Device called a "Greenfield IVC Filter". The Greenfield IVC Filter is designed to filter blood in the Inferior Vena Cava ["IVC"], a vein that returns blood to the heart from the lower extreities. And Usually inserted in one of two procedures known as a Jugular Vein Insert or/and the Femoral Vein Insert. In certain individuals blood-clot[s] or, "thrombi" travel from the blood vessels in the leg and pelvis, through the IVC and into the lungs, where it can block one or more arteries, causing a potenentially deadly medical condition called a Plumonary-Emolism ["PE"]. These thrombi can also develop and block blood flow in the deep leg vein[s], causing another potentially life-threatening medical condition called Deep-Vein Thrombosis ["DVT"].

When implanted in the IVC, the Greenfield IVC Filter prevents blood-clot[s] from traveling from the lower-extremities to the heart and lungs. Boston Scientific designed the Greenfield IVC Filter in 1973 as a "Permanent Medical Device", to be inserted into the IVC;stop traveling blood-clot[s] from entering the bodily organs,i.e. heart,lungs,brain,etc.

2. In August/2010 the U.S. Food & Drug Adminstration ["FDA"] issued a warning against leaving IVC Filters implanted

in patients for extended periods of time. And-The FDA issued an additional warning[s] in 2014 about the health-risks associated with leaving IVC Filters in place for long-period[s] and encouraged doctors and physicians to remove the device[s].

3. At all times mentioned, Boston Scientific was engaged in the business of manufacturing, fabricating, designing, assembling, distributing, selling, inspecting, warranting, and advertising their product[s], to include Greenfield IVC Filter.

4. At all times mentioned Boston Scientific owed a duty to plaintiff[s] and the Public, to exercise reasonable care in the design, research, manufacturing, testing, advertisement, supply, promotion, packaging, sale, and distribution, to include warning[s] of the Greenfield IVC Filter[s], also including the duty to take ALL reasonable steps necessary to manufacture and sell a product/device that was not defective and unreasonably dangerous to consumer[s], and a duty to warn health-care providers and user[s] of the associated risk[s] of implantation of the Greenfield IVC Filter.

5. Boston Scientific breached that duty as it knew or should have known that the device/product were unsafe when used as designed and manufactured --that is, for long-term --and, Boston Scientific failed to exercise due diligence and care and was otherwise negligent in the design, manufacture, and marketing of these device[s], including the failure to adequately test the device and provide adequate warning[s] to health-care provider[s] and consumer[s], particularity with respect to -

the duration and long-term use of the Greenfield IVC Filter.

6. Boston Scietific's negligence and breach of the aforesaid duty[s] is the proximate cause of injuries which include[d] irretrievability; the possible risk of migration of the IVC-Filter[s] to other parts of the IVC, heart,lungs, and other organ[s], to include the brain; postimplantation[s] Plumonary Embolism and/or Deep Vein Thrombosis;and perforating the IVC Wall[s], tilting or fracture of the device[s], and-additionally economic-damage[s], emotional/mental-distress[s] [and] psychological trauma at living with the defective "Greenfield IVC Filter[s]" implanted into their body[s].

7. Boston Scientific breached its duty[s] thereby causing the injury[s] and damage[s] described in this complaint. Specifically acted unreasonably in designing, manufacturing, marketing, and releasing the Greenfield IVC Filter[s], while knowing same would present a substantial and unreasonable risk of injury[s] to the user[s] of this device.

8. Boston Scientific's breach of these/those duties was the substantial factor[s] that hereof, caused injuries, harm, and damage[s] to plaintiff[s], as alleged within this complaint.

9. As a result of Boston Scientific's negligence and defective Greenfield IVC Filter[s], failure to warn, etc Plaintiff[s] will suffer increased risk of future harm[s] caused by the defective Greenfield IVC Filter[s], emotional/mental distress [and] psychological trauma --caused by worring about said future

harm[s]. Futher, Plaintiff[s] will now require reqired medical monitoring to detect or/and prevent the aforesaid harm[s] associated with the IVC Implantation[s] ..when/while the Greenfield IVC Filter[s] inside their body[s]. See Phillips V. U.S., 575 F.Supp. 1309, 1317 [1983][Emotional Damage/s/].

10. Boston Scientific's Greenfield IVC Filter[s] has led to severe and extreme medical injuries and conditions, resulting from the Filter[s]--titling, traveling, perforating IVC Walls, breaking/disassembling, or/and fracturing,[etc], to including death and-postimplantation DVTs and PEs in numerous users of the Greenfield IVC Filter.

11. Boston Scientific has been imformed of numerous events --extreme and deadly event[s] aka adverse consequences associated with the Greenfield IVC Filter[s] inside their body[s] through Report[s] or/and Complaint[s] from User[s], Physicians, and/or Medical Providers or Others, but despite these/those events and warnings--Boston Scientific continues to manufacture, market, promote, and distribute the Greenfield IVC Filter, [and as Safe and Effective for Usage/Etc].

12. Boston Scientic has fraudulently concealed material fact[s] concerning hazard[s] associated with usage and implantation of the Greenfield IVC Filter to plaintiff[s], medical-care provider[s], and the public, such as risk of filter failure that could lead to death, hemorraging, and/or other serious complaication[s] and injury[s] associated within usage[s].

13. Although Plaintiff[s]' Greenfield IVC Filter[s] has not yet fractured, migrated, otherwise failed --plaintiff still suffering from reoccuring DVTs and PEs as well as extreme mental or emotional distress, to include psychological trauma[s], and the aforesaid damage[s] and injury[s] at postimplantation of the Greenfield IVC Filter[s].See Davis V. Boston Scientific Corp. 2018 WL 2183885 AND Hepburn V. Boston Scientific Corp. 2018 WL - 2275219 And Collecting Cases.

14. In 2007 at the Columbia Medical Center in Walterboro, South Carolina an UNKNOWN Surgeon/Doctor inserted the Greenfield IVC Filter throught his Jugular Vein into the IVC via Catheter provided with the Greenfield IVC Filter[s], after being hospitalized for reoccuring DVT and PE Episode[s]. The Greenfield IVC Filter remains inside plaintiff to this day.

15. Plaintiff[s] brings that Boston Scientific failed to disclose to physician[s]/medical-provider[s] and patient[s] the risk[s] associated within usage[s] and implantation[s] of the Greenfield IVC Filter[s] while promoting it to be safe and effective for usage[s] [since 1973].

16. Plaintiff[s] brings that are subject[ed] and at risk to suffer from extreme and serious health complaication[s] or/and injury[s] associated with long-term implant of the Greenfield IVC Filter[s]/Device[s]. Specifically Plaintiff[s] brings they are at increased risk[s] of DVTs and PEs despite the implant of the Greenfield IVC Filter[s], and constant mental/emotional distress [and] psychological trauma[s] associated with the device,

And--the risk of the Greenfield IVC Filter[s] migrating within the body, to include within the IVC --likely causing death or/and great bodily injury,complications,etc.[And DVTs & PEs].

17. MENTAL/EMOTIONAL TRAUMA AND DISTRESS-Applying South C Carolina law, Plaintiff is entitled to seek damage[s] for mental or/and emontional trauma/distress[s] even knowing that claim[s] do not alleged or indicate bodily injury[s],e.g.-wounds,broken-bones, etc. Padgett V, Colonial Wholesale Co., 232 S.C. 593, 103 S.E.2d 265, (1958)["Bodily Injury[s] is shock, fright, and emotional upset[s], and thereof-plaintiff is entitled to recover damages under those or these injury(s)-per se"].And-Bray V. Marathon Corp., 347 S.C. 189, 553 S.E.2d 477 (2001)

18. **DEFECTIVE PRODUCTS** [§15-73-10]-Applying South Carolina law, Plaintiff is entitled to seek damage[s] for product/s/ ~~liabil~~ **lity** under S.C. Code Ann. § 15-73-10 and negligent infliction[s] of emtional trauma aka Psychological Trauma[s], as it was reasonable foreseeable that if any person was to be implanted with the Greenfield IVC Filter it that was known to be unsafe and ineffective or likely to cause death or/and great bodily injury and complication[s] it is going to cause psychological Trauma[s] to those individuals and -- their love ones [etc].

19. **PADGETT COURT**-INJURY to the mind or nerves is generally regarded not as a 'mere mental or emotional disturbance' but as a boidily injury or illness. Also Phillips V. Atlantic Coast Line R. Co., 160 S.C. 323, 158 S.E. 274 (1931).

~~20. EXPRESS WARRANTY [§36-2-313]-Applying South Carolina~~

20. EXPRESS WARRANT[S] [§36-2-313]-Applying South Carolina law, Claim[s] of 'breach of express-warrant' presents an objective claim/s/ that the goods aka products didnot / does not comform to [a] promise, affirmation[s], or description[s] [etc]. And-Plaintiff [s] is entitled to seek damage[s] for Breach of Express Warranty[]s under South Carolina law/s/ as the Greenfield IVC Filter[s] were or is 'defective' and unreasonably dangerous to South Carolina - Consumers, as well as recalled by U.S. FDA, And-Boston Scientific knew or should have known that the Greenfield IVC Filter[s] was/is unsafe,ineffective, and dangerous to users within South Carolina, especially as Boston Scientific promoted,marketed,distrubted its Greenfield IVC Filters to South Carolina Consumers/Users for long term or permanent usages/implantation/s/ --etc.

21. NEGLIGENCE-Applying South Carolina law/s/, Plaintiff[s] is intitled to seek damage[s] under Negligence, as Boston Scientific held duty[s] in South Carolina to take ALL reasonable steps necessary to manufacture and sell [in South Carolina] product[s] that was not defective [§15-73-10] or unreasonably dangerous to users/consumers within - South Carolina.

22. Negligence per se-Applying South Carolina law §15-73-10 ,Plaintiff is entitled to seek damage[s] under Negligence Per Se as §15-73-10 indicates "One shall not sell defective products in defective condition[s] and that is unreasonably dangerous to user/s/".

23. STRICT LIABILTY-Applying South Carolina law/s/, Plaintiff[s] is entitled to seek damage[s] under Strict-Liabilty, as Boston Scientific distrubed and sold 'defective products' in South Carolina aka 'strict products liability' and thereof is legally

responsible for harm, damage, injury that exist or occurs[ed] - via Boston Scientific distribing and selling its' Greenfield IVC Filter[s] within South Carolina. [§15-73-10]. The Greenfield IVC Filter[s] were unreasonable dangerous for the use intended for and the Greenfield IVC Filter[s] are/was unreasonably dangerous to users/consumers at brand-new and existed when IVC-Filter[s] left Boston Scientific's Manufacturing Plant/s/ or Factor/s/ Etc.

2    24. FAILURE TO WARN-Applying South Carolina law/s/, Plaintiff [s] is entitled to damage[s] under Fail to Warn as Boston Scientific knows or has reason to know that it's Greenfield IVC Filter[s] is or is likely to be dangerous for the use/usage for which it is -- supplied, and plaintiff has no duty to realize that the - Greenfield IVC Filter[s] would be or are unreasonably dangerous and thereof unsafe and ineffective, And-Boston Scientific failed/-fails to exercise reasonable care to inform consumers/users of the hazards and dangers and facts which make the IVC Filter[s] likely to be dangerous and unsafe to users, etc. Futher, the hazard or unsafeness is not obvious to user/s/--thereof Boston Scientific held/holds a duty to [adequate/efficiently] warn of unreasonable danger/s/ associted with the usage/use of its product[s], i.e.- Greenfield IVC Filter[s]-per se.

2    25. GREENFIELD IVC FILTER[S]-has been on the market since the 1970s. It is a permanent IVC filter. It is not not designed to be retrived and has no retrieval option once implanted in a - patient. In 1989, Boston Scientific obtained U.S. Food & Drug - Adminstration [FDA]'s clearance to market the Greenfield IVC Filter and/or its componets under Section 510(k) of the Medical Device

Amendment. This allowed Boston Scientific to bypass the requirements to have the "Greenfield IVC Filter[s]" independently evaluated by the FDA or it's Experts.

Warnings have been issued by the FDA against leaving any/-all IVC-Filter[s] implanted in patients for extended periods. And after approximately 900 reported adverse events associated with these IVC-Filters the FDA issued 'alerts' in 2010 and 2014 regarding the IVC-Filters and risks of 'long-term' implantation and urging all - doctors to †remove IVC-Filters'.

26. VERIFICATION-I, have read the foregoing complaint[s], and that the same is true to my best knowledge, except as to those matters alleged therein upon information and belief, and as to those matters I believe them to be truth/true.

_____
Plaintiff's Signature

[RELIEF]

[NEXT PAGE]

RELIEF

WHEREFORE, PLAINTIFF[S] PRAYS THAT THIS COURT ENTER AND AWARD THE FOLLOWING JUDGMENT AND RELIEF :

[1]- Compensatory-Damage[s] for Past, Present, and Future Pain and Suffering, to include Mental/Emotional Distress [and] Psychological Trauma in the Amount of $800,000.00-Dollars,

[2]- Compensatory-Damage[s] for Past, Present, and Future Medical Expense[s] in the amount of $500,000.00-Dollars,

[3]- Prejudgment and Postjudgment intrest as allowed by law[s],

[4]- Attorney's Fees and Charges [Excluded from the aboved amount],

[5]- Cost of Suit[s],

[6]- Punitive Damage[s] Awarded by the Jury,

[7]- Any/All Relief and Judgment[s] deemed fit by this Court,

[8]- Plaintiff[s] holds right Amend this Relief or/and Complaint at any time after filing, to include by any attorney on record.

RESPECTFULLY SUBMITTED,

_David Richard Walker Jr_
-David Richard EWalker, Jr./P#6 SE-

PERRY CORRECTIONAL Institution
430 Oaklawn Road
Pelzer, South Carolina  29669