# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| David Richard Walker, Jr, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:22-cv-01956-DCN |
| Boston Scientific Corporation, | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** other:  dismissed for lack of paying full filing fee


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

**X** decided by the Honorable  David C Norton


Date:   September 28, 2022                                           *CLERK OF COURT*


                                                                              s/Rob Weber, Deputy Clerk
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*